# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00682-CV

**In re Jay Armani Rhyder**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of prohibition is denied, and the emergency motion to expedite ruling and shorten response period is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

Rosa Lopez Theofanis, Justice

Before Justices Triana, Kelly, and Theofanis

Filed: October 24, 2025